Argued and submitted July 8, reversed and remanded for reconsideration
September 29, 1993

In the Matter of the Compensation of
Jerry L. Conover, Claimant.

Jerry L. CONOVER,
*Petitioner,*

*v.*

K-MART CORPORATION,
*Respondent.*

(WCB 91-04236; CA A78002)

858 P2d 493

Arthur P. Klosterman, Salem, argued the cause for petitioner. With him on the brief was Whitehead & Klosterman, Salem.

Steve C. Morasch, Portland argued the cause for respondent. With him on the brief were Karen O'Kasey and Schwabe, Williamson & Wyatt, Portland.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Meyers v. Darigold, Inc.*, 123 Or App 217, 861 P2d 352 (1993).